**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LINDA TODD, DRAMETTA TODD, MARCUS BOYD, DONNA SANDERS, and MARQUITA SANDERS, individually and on behalf of a class, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 10-cv-120 ) |
| MEDIEVAL TIMES U.S.A., INC. | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION
TO FILE A SUPPLEMENTAL REPLY IN SUPPORT OF
THEIR MOTION FOR RULE TO SHOW CAUSE**

Defendant Medieval Times U.S.A., Inc. ("Medieval Times") responds to Plaintiffs' Motion to File a Supplemental Reply in Support of Their Motion for Rule to Show Cause ("Motion") as follows:

1. Plaintiffs' Motion and proposed supplemental reply are both unnecessary and inaccurate. They present nothing new to the Court, only arguments plaintiffs presented at the August 6, 2010 hearing. Contrary to those arguments, Medieval Times has complied, and continues to comply, with the Court's June 23, 2010 Order and with its own commitments. Therefore, this Motion and plaintiffs' motion for rule to show cause should be denied.

2. By this point, the Court is well aware that the parties agreed, and the Court approved, that Medieval Times would produce documents on a rolling basis. The transcript from the hearing on plaintiffs' motion to compel, cited at length in and attached in full to Defendant's Response to Plaintiffs' Motion for Rule to Show Cause, confirms that arrangement. (Doc. 29-1.) One short citation should make it clear:

> MR. VARICK: That's fine, your Honor. And just so it
> is clear, the -- what we are to provide by Friday are the
> answers to interrogatories and responses to the document
> production request. And as we discussed with Mr. Warner, we
> are going to provide the documents we have as we receive them
> --
>
> THE COURT: Right.
>
> MR. VARICK: -- on a rolling basis. We don't have all
> the documents that are responsive at this point.
>
> MR. WARNER: Fine.

(*Id.* at 26.) Plaintiffs' argument that Medieval Times produced the e-mails "after the time in which the Court ordered Defendant to produce documents in its possession" is simply wrong.

    3.    As noted in the August 5, 2010 e-mail attached as Exhibit B to plaintiffs' proposed supplemental reply, Mr. Bulthuis, counsel for Medieval Times, spoke with counsel for plaintiffs on July 26, 2010 and told him that Medieval Times would be running an e-mail search with the terms provided in plaintiffs' document requests and would produce the results as soon as possible. (Doc. 34-1.) Plaintiffs' counsel had no objection to that arrangement. And as reflected in the August 5 e-mail, Medieval Times ran the search, promptly reviewed the results for responsiveness and privilege, and then produced the results. (*Id.*)

    4.    Plaintiffs now claim that one of the e-mails produced on August 5 is "vital" and "critical to Plaintiffs' case." (Doc. 34, ¶¶ 8, 10.) However, the content of the e-mail, quoted in plaintiffs' Motion in full, demonstrates that the e-mail is anything but vital or critical. At the hearing on plaintiffs' motion to compel, plaintiffs' counsel himself acknowledged that the issue of knowledge of FACTA was no longer relevant:

> Although the requests are broad, they can be narrowed
> now. Medieval times has [admitted] FACTA knowledge of the -- FACTA
> (unintelligible) to the FCRA. So that takes a lot of the
> discovery out of play.

(Doc. 29-1, at 3.) With any dispute about Medieval Times' awareness of FACTA off the table, the e-mail is simply irrelevant. Bringing it to the Court's attention now serves no legitimate purpose.

5. Instead, the clear purpose of this Motion and the proposed supplemental reply is to inflate any petition for attorney's fees should this case settle or in the unlikely event that plaintiffs succeed at trial. Indeed, plaintiffs filed this Motion more than a month after the e-mails were produced and the last hearing in this case. This Motion was designed solely to unnecessarily expand the proceeding and create billable hours for plaintiffs' counsel.

6. Plaintiffs' proposed supplemental reply is unnecessary and inaccurate. Medieval Times is and has been in compliance with the Court's June 23, 2010 order. Therefore, plaintiffs' Motion should be denied.

Respectfully submitted,

MEDIEVAL TIMES U.S.A., INC.

By: */s/ Bradley Bulthuis*

Steven B. Varick
Bradley Bulthuis
Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, Illinois 60603
312-263-3600

3

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that **DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO FILE A SUPPLEMENTAL REPLY IN SUPPORT OF THEIR MOTION FOR RULE TO SHOW CAUSE** was electronically filed and service was accomplished pursuant to the ECF for filing users on this the 8th day of September, 2010.

Respectfully submitted,

Holland & Knight LLP

By: */s/ Bradley Bulthuis*

Steven B. Varick
Bradley Bulthuis
Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600

#9755236_v1