**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA TODD, DRAMETTA TODD, MARCUS BOYD, DONNA SANDERS, and MARQUITA SANDERS, individually and on behalf of a class, | ) ) ) ) ) | 10 C 120 |
| | ) | Judge Holderman |
| Plaintiffs, | ) ) | Magistrate Judge Keys |
| v. | ) ) | |
| MEDIEVAL TIMES U.S.A., INC., | ) ) | |
| Defendant. | ) | |

**AGREED MOTION TO STRIKE THE CLASS CERTIFICATION DATES
IN LIGHT OF PROPOSED MEDIATION BETWEEN THE PARTIES**

NOW COME Plaintiffs Linda Todd, Drametta Todd, Marcus Boyd, Donna Sanders, and Marquita Sanders (collectively the "Plaintiffs"), by and through their counsel, and Medieval Times U.S.A., Inc. ("Defendant"), by and through its counsel, and request this Honorable Court to strike all class certification dates related to the cut off for class discovery and the dates for Defendant's response and Plaintiff's reply to the pending class certification motion.

In support of their agreed motion, the parties state as follows:

1. On September 14, 2010, this Court entered an order setting the date for class discovery to be completed by October 29, 2010, and a briefing schedule on Plaintiffs' pending motion for class certification with Defendant's response due on November 12, 2010, and Plaintiffs' reply due on November 29, 2010. (Doc. 43).

2. The parties have subsequently agreed to have this matter, and a related New Jersey matter, mediated by a neutral mediator, tentatively scheduled for November 15, 2010. They agree that it is in the best interest of the parties and the Court to continue discovery and

briefing on the pending class certification motion until after the mediation, if still necessary, and set the case for status on settlement in early December.

WHEREFORE, the parties request this Honorable Court to strike the class certification dates as to the cut off for class discovery and the dates for Defendant's response and Plaintiff's reply to the pending class certification motion.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Bradley Bulthuis* | By: */s/ Curtis C. Warner (by consent)* |
| Steven B. Varick | Curtis C. Warner (6282197) |
| Bradley Bulthuis | cwarner@warnerlawll.com |
| Holland & Knight LLP | Warner Law Firm, LLC |
| 131 S. Dearborn Street | 155 N. Michigan Ave., Ste. 560 |
| 30th Floor | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 238-9820 (TEL) |
| (312) 263-3600 | *Attorney for Plaintiffs* |
| *Attorneys for Medieval Times, U.S.A., Inc.* | |

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that **AGREED MOTION TO STRIKE THE CLASS CERTIFICATION DATES IN LIGHT OF PROPOSED MEDIATION BETWEEN THE PARTIES** was electronically filed and service was accomplished pursuant to the ECF for filing users on this the 1st day of October, 2010.

    Respectfully submitted,

    Holland & Knight LLP

    By: */s/ Bradley Bulthuis*

Steven B. Varick
Bradley Bulthuis
Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600