**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA TODD, DRAMETTA TODD, | ) | |
| MARCUS BOYD, DONNA SANDERS, | ) | 10 C 120 |
| and MARQUITA SANDERS, individually | ) | |
| and on behalf of a class, | ) | Judge Gettleman |
| | ) | |
| Plaintiffs, | ) | Magistrate Judge Keys |
| | ) | |
| v. | ) | |
| | ) | |
| MEDIEVAL TIMES U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COME Plaintiffs Linda Todd, Drametta Todd, Marcus Boyd, Donna Sanders, and

Marquita Sanders (collectively the "Plaintiffs"), by and through their counsel, brings this motion

to amend the Complaint adding two additional Plaintiffs and information obtained in discovery.

In support of this motion, Plaintiffs state as follows:

1.      Rule 15(a) provides that after a responsive pleading is filed, a party may amend

his pleading, "only by leave of court or by written consent of the adverse party, and leave shall

be freely given when justice so requires." FED. R. CIV. P. 15(a).

2.      This matter was previously assigned to another judge who did not set a date by

which any amendment to the Complaint must be filed by or any date in which fact discovery was

to close.

3.      The filing of the Amended Complaint will not prejudice Defendant.

WHEREFORE, Plaintiffs requests this Honorable Court to grant his motion for leave to

file the Amended Complaint, Appendix 1, attached to the Motion.

Respectfully submitted,

<u>s/ Curtis C. Warner</u>
   Curtis C. Warner
*Counsel for Plaintiffs*

Curtis C. Warner      (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)