**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LINDA TODD, DRAMETTA TODD, MARCUS BOYD, DONNA SANDERS, MARQUITA SANDERS, WILLIE RUTH TODD, and WILLIE ALBERT TODD individually and on behalf of a class, | 10 C 120 |
| | Judge Chang |
| | Magistrate Judge Keys |
| Plaintiffs, | |
| v. | |
| MEDIEVAL TIMES U.S.A., INC., | |
| Defendant. | |

**JOINT STATUS REPORT**

NOW COMES Plaintiffs and Defendant (collectively the "Parties") by and through their counsel and jointly submit this Status Report and stated as follows:

1. On October 5, 2011, the Parties in the New Jersey District Court, in the matter *O'Hara et al. v. Medieval Times, U.S.A., Inc., et al.*, 3:10-cv-751-MLC-TJB (D.N.J.) (the "New Jersey matter") filed their Joint Motion for Preliminary Approval of the Nationwide Class Action Settlement.

2. On October 5, 2011, the New Jersey District Court entered an Order that the Motion for Preliminary Approval set for November 7, 2011, will be decided on the papers submitted to the Court.

3. The Settlement Agreement provides that the parties would request a final approval date no earlier than 90 days after the preliminary approval and that the settlement agreement would not take effect until 35 days after the final approval was entered or 5 days after the final appeal period has run.

4.  If final approval of the Settlement Agreement is granted and upheld on any appeal, Plaintiffs will be dismissing this case with prejudice.

5.  If final approval is not granted or is denied upon appeal, the Parties have agreed to continue this litigation in this forum.

6.  The Parties do not see a need for a status hearing to take place on October 19, 2011.

7.  Pursuant to the Settlement Agreement, Plaintiffs have agreed to a stay in this matter in order for the global settlement to be approved of and administered in the District of New Jersey. Therefore, Plaintiffs ask for a six (6) month stay to be entered in this matter.

Respectfully submitted,

By: */s/ Bradley Bulthuis* (by consent)
Steven B. Varick
Bradley Bulthuis
Holland & Knight LLP
131 S. Dearborn Street 30th Floor
Chicago, Illinois 60603
(312) 263-3600
*Counsel for Medieval Times, U.S.A., Inc.*

By: */s/ Curtis C. Warner*
Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 560
Chicago, IL 60601
(312) 238-9820
*Counsel for Plaintiffs*